UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **14CR0972-JLS** |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| LORENA GONZALEZ (2) | |
| Defendant. | |

FILED
JAN 25 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   TH   DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) as charged in the Indictment:

_____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/21/2016

Hon. Janis L. Sammartino
United States District Judge